UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDWARD J. JABLONSKI,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No:  2:17-cv-107-FtM-38CM

JASON S. MAZER, MEGHAN C.
MOORE, R. HUGH LUMPKIN,
BRENTON N. VER PLOEG and VER
PLOEG & LUMPKIN, P.A.,

    Defendants.
_____/

### **OPINION AND ORDER**[1]

    This matter comes before the Court on review of *pro se* Plaintiff Edward J. Jablonski's response to the Court's Order to Show Cause filed on March 16, 2017.  (Doc. 21).  Last month, Jablonski filed a Complaint for breach of contract, unjust enrichment, negligence, fraud, and legal malpractice.  (Doc. 1).  Although Jablonski asserted diversity jurisdiction as the basis for this Court's subject matter jurisdiction, he failed to establish a complete diversity of citizenship between himself and each of the named defendants.  *See* 28 U.S.C. § 1332(a) (providing federal courts with original jurisdiction over all civil actions where the parties are citizens of different States *and* the amount in controversy

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

exceeds $75,000). Consequently, the Court directed Jablonski to show cause why this case should not be dismissed for failure lack of jurisdiction. (Doc. 5).

Jablonski's response to the Court's order, however, does not cure the deficiency. (Doc. 21). The Court, therefore, dismisses this case for lack of subject matter jurisdiction. But, given Jablonski's *pro se* status, the Court will provide him one more opportunity to state the presence of subject matter jurisdiction over this suit.

Accordingly, it is now

**ORDERED:**

The Complaint (Doc. 1) is **DISMISSED** for lack of subject matter jurisdiction. Plaintiff Edward Jablonski has on or before **April 3, 2017**, to file an Amended Complaint that adequately pleads federal subject matter jurisdiction. **Failure to comply with this Order will result in this case being dismissed.**

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of March, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record